# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

STEPHANIE PANAS                          *
                                         *
Plaintiff                                *          **Civil No. 97-1665(SEC)**
                                         *
v.                                       *
                                         *
PUERTO RICO HOTEL POCO, L.P., S.E.,      *
and CIGNA INSURANCE CO. OF P.R.          *
                                         *
Defendants                               *
*************************************

## ORDER

Upon plaintiff's motion (**Docket # 26**), this case is hereby set for a pretrial and settlement conference on **Friday, February 11, 2000, at 11:00 a.m.**, before the Honorable Robert J. Ward, who will be sitting by designation in our District from February 10 through February 29, 2000. The parties are advised that they should be ready for trial, as trial may be set for anytime after February 14, 2000. This order disposes of **Docket # 26**.

        **SO ORDERED.**

In San Juan, Puerto Rico, this 31 day of January, 2000.

                              SALVADOR E. CASELLAS
                              United States District Judge