IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS

| | | |
|---|---|---|
| **STEPHANIE PANAS,** | * | DATE: FEBRUARY 7, 2000 |
| Plaintiff | * | |
| vs. | * | **CIVIL NO. 97-1665 (SEC)** |
| **PUERTO RICO HOTEL OPCO,L.P. S.E.,** et al | * | |
| | * | |
| Defendants | * | |

Upon oral request of defendant's attorney Carlos Garcia Perez, consented to by plaintiff's attorneys, the Pretrial and Settlement Conference originally set for Friday, February 11, 2000 at 11 AM before Judge Robert J. Ward is hereby reset for **Tuesday, February 15, 2000 at 4:30 PM.**

　　　　　　　　　　　　　　　　　　　Laura E. Rivera
　　　　　　　　　　　　　　　　　　　Operations Manager

