IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| STEPHANIE PANAS | * | Civil No. 97-1665(SEC) |
| Plaintiff | * | |
| vs. | * | |
| PUERTO RICO HOTEL POCO L.P.-S.E., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

The Court having reviewed the file in this matter and after holding a Pretrial/Settlement Conference with counsel, recommends that the case be settled for the sum of $37,500.00.

In San Juan, Puerto Rico, this 15th day of February, 2000.

_____
ROBERT J. WARD
UNITED STATES DISTRICT JUDGE



AO 72A
(Rev.8/82)