IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| STEPHANIE PANAS | * |
| Plaintiff | * |
| v. | * Civil No. 97-1665(SEC) |
| PUERTO RICO HOTEL POCO, L.P., S.E., et. al. | * |
| Defendants | * |

**JUDGMENT**

Pursuant to the parties joint stipulation for settlement, **(Docket #31)**, and the provisions of Fed.R.Civ.P. 41(a)(1)(ii), the above-referenced action is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

In San Juan, Puerto Rico, this 20 day of March, 2000.

SALVADOR E. CASELLAS
United States District Judge